# EXHIBIT A

## CARMELO ESCOBAR (AKA MEL ESCOBAR)

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| UMG Recordings, Inc. | DMX | Slippin' | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | You Won't See Me Tonight (Featuring Aaliyah) | I Am | 175-149 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |