UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

Plaintiffs,

v.

CARMELO ESCOBAR (AKA MEL ESCOBAR),

Defendant.

CIVIL ACTION FILE

No. CA 06 - 550 ML

**NOTICE OF RELATED ACTIONS OR PROCEEDINGS**

Pursuant to Local Rule 9.1, Plaintiffs identify below those cases pending before another tribunal in the District of Rhode Island, including the case name, tribunal before which it is pending, and the claim, occurrence, or event pending before that tribunal.

CA 05-473-T, CA 05-476-ML, CA 06-119-S, CA 06-124-ML, CA 06-184-S, CA 06-186-S, CA 06-188-T, CA 06-189-T, CA 06-236-S, CA 06-237-T, CA 06-238-T, CA 06-239-T, CA 06-240-S, CA 06-242-ML, CA 06-243-ML, CA 06-244-S, CA 06-245-T, CA 06-246-ML, CA 06-248-S, CA 06-249-S, CA 06-250-T, CA 06-325-S, CA 06-326-T, CA 06-327-S, CA 06-356-ML, CA 06-357-T, CA 06-358-ML, CA 06-383-T CA 06-384-ML, CA 06-415-ML, CA 06-416-S, CA 06-417-S, CA 06-444-T, CA 06-445-ML, CA 06-465-T, CA 06-515-S, CA 06-516-T, CA 06-518-T.

Respectfully submitted,

DATED: December 19, 2006

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT