AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,**

V.

**CARMELO ESCOBAR (AKA MEL ESCOBAR)**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-550 ML

TO:

**CARMELO ESCOBAR (AKA MEL ESCOBAR)**
**62 Lenox Ave**
**West Warwick, RI 02893-3921**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**
**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/19/06

Wendy Seite
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me [1] DATE: 1/11/07

NAME OF SERVER (*PRINT*) Natale Lapriore TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: 62 Lennox Ave, West Warwick, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (*specify*):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 1/16/07
Dated

Natale Lapriore
Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ARISTA RECORDS LLC, A DELAWARE LIMITED LIABILITY COMPANY; ET AL.,**<br>Plaintiff/Petitioner<br>vs.<br>**CARMELO ESCOBAR (AKA MEL ESCOBAR)**<br>Defendant/Respondent | Hearing Date:<br>CAUSE NO: **06-550ML**<br>DECLARATION OF SERVICE OF:<br>**SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; NOTICE TO DEFENDANT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **11th day of January, 2007, at 8:25 PM**, at the address of **62 LENOX Avenue, WEST WARWICK, Kent** County, **RI 02893**; this declarant served the above described documents upon **CARMELO ESCOBAR**, Alias: **AKA MEL ESCOBAR**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CARMELO ESCOBAR, NAMED DEFENDANT, A Hispanic male approx. 45-55 years of age 5'6"-5'8" in height weighing 160-180 lbs with brown hair and glasses**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of RHODE ISLAND that the statement above is true and correct.

DATED this **16th day of January, 2007**.

Natale Lapriore
**Natale Lapriore**

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**
**CA 06-550ML**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4241498**