**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Civil No. 1:06-CV-00550-ML-DLM |
| Plaintiffs, | Judge |
| v. | |
| Carmelo Escobar (aka Mel Escobar), | |
| Defendant. | |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

Judgment Creditors, ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT and Judgment Debtor, Carmelo Escobar (aka Mel Escobar) stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

The Stipulated Judgment includes a monetary payment.

Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

Respectfully submitted,

Dated: January 28, 2008

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT